**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                          Petitioners,

      -against-                                                  25 **CIVIL** 3395 (VM)

                                                                                  **<u>JUDGMENT</u>**

IKNA CONSTRUCTION, INC.,

                          Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 18, 2025, the Petition (Dkt. No. 1) of Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York (collectively, "Petitioners") for confirmation of the Opinion and Default Award dated July 30, 2024 (the "Arbitration Award") is GRANTED IN PART and DENIED IN PART. Judgment is entered against respondent IKNA Construction LLC ("Respondent") in the amount of $366,507.28. Respondent shall make its books and records available to Petitioners within thirty (30) days for the purposes of an audit in compliance with the Arbitration Award. Petitioners are awarded $1,553.40 in attorneys' fees arising out of this

proceeding. Petitioners' request for $748.00 in service costs is unreasonably high. Petitioners are awarded $200.00 in service costs arising out of this proceeding.  Petitioners are awarded post-judgment interest that will accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of entry of this judgment until the judgment is paid; accordingly, the case is closed.

**Dated:**  New York, New York

August 18, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**